15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-00-039 |
| | § | |
| ONE 1990 PETERBILT TRACTOR | § | |
| VIN No. 1XP5D29XXLD291785 | § | |
| Defendant. | § | |

## O R D E R

Upon consideration of Government's Unopposed Request For a Continuance, said motion is hereby **GRANTED**.

IT IS HEREBY **ORDERED** that the pretrial conference set in this matter for May 25, 2000 at 2:00 p.m. is reset for hearing on the  6th  day of    July   , 2000. at 2:00 p.m.

Done in Brownsville, Texas, this the 24th day of     May    , 2000,

_____
UNITED STATES MAGISTRATE JUDGE