16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| VS * | C.A. NO. B00-039 |
| * | |
| ONE 1990 PETERBILT TRACTOR * | |
| VIN No. 1XP5D29XXLD291785 * | |

## ORDER RESETTING CONFERENCE

Before the Court is Claimant Rosa Escobar Barrientos' unopposed oral request for a continuance of the initial pretrial conference in above-referenced cause of action. The request is hereby **granted** and the conference reset from July 6, 2000, to **August 8, 2000, at 2:00 p.m.**

DONE at Brownsville, Texas, this 5th day of July 2000.

_____
Felix Recio
United States Magistrate Judge