18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 17 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-00-039 |
| | § | |
| ONE 1990 PETERBILT TRACTOR | § | |
| VIN No. 1XP5D29XXLD291785 | § | |
| Defendant. | § | |

## ORDER

Upon consideration of Government's Unopposed Request For a Continuance, said motion is hereby **GRANTED**.

IT IS HEREBY **ORDERED** that the pretrial conference set in this matter for August 8, 2000 at 2:00 p.m. is reset for hearing on the __10th__ day of __August__, 2000: at 2:00 p.m.

Done in Brownsville, Texas, this the __17th__ day of __July__, 2000.

_____
UNITED STATES MAGISTRATE JUDGE