```
================================================================
  UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS
================================================================
```

*United States District Court*
*Southern District of Texas*
**ENTERED**

**AUG 11 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| versus | § | CIVIL ACTION NO. B-00-039 |
| | § | |
| ONE 1990 PETERBILT TRACTORS | § | |
| VIN NO. 1XP5D29XXLD291785 | | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | UNITED STATES OF AMERICA | 8/10 |
| [signature] | ROSA ESCOBAR BARRIENTOS, Claimant | 8/10 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

August 10, 2000
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

ClibPDF - www.fastio.com