UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-00-039 |
| | § | (636(c)) |
| ONE 1990 PETERBILT TRACTOR | § | |
| VIN No. 1XP5D29XXLD291785 | § | |
| Defendant. | § | |

### FINAL JUDGMENT AND RELEASE

Upon consideration of "Agreed Settlement" entered into by the parties to this action on _August 15, 2000_:

IT IS HEREBY **ORDERED** that:

1. After the performance by Claimant of the conditions set forth herein, the United States Marshals Service, or whomsoever has custody of the 1990 PETERBILT TRACTOR (VIN No. 1XP5D29XXLD291785)(hereafter "forfeitable property") shall release it to Claimant or to whomsoever Claimant designates.

2. Prior to the release of the "forfeitable property," Claimant shall pay the agreed upon amount of ONE THOUSAND FOUR HUNDRED dollars ($1,400) to cover all costs of whatever type associated with the processing, storage, maintenance, upkeep, and the like of the "forfeitable property." These amounts shall be first satisfied from the cost bond posted by claimant in this matter, with any remaining amount to be paid by claimant prior to the release of the "forfeitable property;"

3. Each party shall bear its own attorney fees and costs incurred during the course of the action relating to the forfeitable property, to include the previous administrative action;

4. Claimant shall pay to the United States of America the sum of FOUR THOUSAND dollars ($4,000) by certified check or cashier's check, made payable to the United States Marshals Service.

5. The United States Marshals Service is directed to dispose of all of the property in accordance with law.

6. Based upon Claimant's stipulation that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the "forfeitable property," the Court finds that reasonable cause, under 18 U.S.C. § 981 and 28 U.S.C. § 2465, existed for seizure of the "forfeitable property."

7. Based upon the agreement of the parties, as reflected in and in accordance with the terms contained in the "Agreed Settlement" entered into by the parties on *August 15, 2000*, the Court orders that this matter be dismissed with prejudice as to both parties.

**ORDERED** and SIGNED this 16th day of August, 2000, at Brownsville, Texas.

UNITED STATES MAGISTRATE JUDGE

2